UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD SIMON,

            Plaintiff,

-against-

FOOD AND DRUG ADMINISTRATION
and DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

            Defendants.
------------------------------------------------------------X

JUDGMENT
04-CV- 0252 (DLI)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 1 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 31, 2005, granting defendants' motion for summary judgment; and dismissing plaintiff's Title VII, ADEA, Fifth Amendment, and § 1981 claims with respect to his discharge, promotion and training; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that plaintiff's Title VII, ADEA, Fifth Amendment, and § 1981 claims with respect to his discharge, promotion and training are dismissed.

Dated: Brooklyn, New York
       September 01, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations